UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CONEY,<br><br>              Plaintiff,<br><br>v.<br><br>JIMENEZ, et al.,<br><br>              Defendants. | Case No.: 2:25-cv-00822-APG-EJY<br><br>**Order** |

      Plaintiff, a former inmate, initiated this action on May 12, 2025 by submitting an application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983.  ECF Nos. 1, 1-1.  According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated.  Plaintiff has not filed an updated address with this Court as required by U.S. District Court for the District of Nevada Local Rule IA 3-1.  This rule states a *pro se* party must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number."  *Id.*  Failure of a *pro se* party to update his or her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  *Id.*

      This Court grants Plaintiff until January 16, 2026, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

      Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by January 16, 2026, or pay the full filing fee of $405.

      For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that no later than **January 16, 2026**, Plaintiff must (1) update his address with the Court and (2) either pay the $405 filing fee for a civil action or file with the Court a complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when she is able to file a complete application to proceed in forma pauperis for non-inmates or pay the required filing fee.

Dated this 16th day of December, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE